United States District Court N.D. Ohio

Eastern Division

Maurice J. Sinkfield

v

Cuyahoga County Sheriff's Department, United States Marshals

CASE NO. 1:16 CV 948

JUDGE: JUDGE GWIN

MAG. JUDGE McHARGH

## Complaint

Comes now Maurice Jason of the Sinkfield family, before this honorable court, by special visitation moving with an complaint, for reasons provided within the attached memmorandum in support.

## Memmorandum in Support

(1). First and foremost it must and shall
(2). be noted on the COURT's RECORD That
(3). The PLAINTIFF INVOKE ALL HIS RIGHTS And
(4). WAIVE NO RIGHTS, And the Plaintiff invoke
(5). Common Law Jurisdiction, And the PLAINTIFF
(6). is The victim in This Case; And, The UNITED
(7). STATES DISTRICT COURT NORTHERN district
(8). of ohio has original subject matter
(9). Jurisdiction of this civil action. ON April 4, 2016
(10). IN The County of CUYAHOGA IN The NorThern
(11). district of ohio, The Defendant(s) violated
(12). The Plaintiff's universal declaration of human
(13). RIGHTS And his CONSTITUTIONAL RIGHTS.

(14). On April 4, 2016 The Cuyahoga County Sheriff's
(15). denied Maurice J. Sinkfield food for more
(16). Then Twelve (12) hours And This Act was an
(17). purposeful act because The sheriffs was indeed
(18). aware of the fact That Maurice J. Sinkfield did
(19). not get any food. Maurice J. Sinkfield requested
(20). food at The Time food was being given and The
(21). Cuyahoga County sheriffs DENIED Maurice J. Sinkfield
(22). requests and ordered Maurice J. Sinkfield INTO The
(23). holding CAGE where Maurice J. Sinkfield remained
(24). for The rest of The day and night without Food
(25). and officers Threaten To Harm Maurice J.
(26). Sinkfield and make his experience hard in The

(27). Custody of The Cuyahoga County sheriffs
(28). Department And The United States
(29). Marshals, Because Maurice J. Sinkfield
(30). reported The violations To The supervisor(s)
(31). and continued To request To be provided The
(32). Food That he is/was entitled To on April 4,
(33). 2016. Maurice J. Sinkfield is a victim of cruel
(34). and unusual punishment because To deny
(35). a human being food while he/she is being
(36). held/imprisoned against his/her FREE will
(37). while awaiting Trial is cruel and unusual
(38). Punishment And The Court shall find

(39). That The CUYAHOGA COUNTY Sheriff's DePartMENT
(40). and The UNITED STATES Marshals are liable
(41). To Maurice J. Sinkfield.

## RELIEF

(42). The PLAINTIFF is seeking payment of one-million-
(43). five-hundred Thousand Federal reserve NOTES For
(44). The violations of his human righT(s) and CONSTITUTIONAL
(45) righT(s) on April 4, 2016 by The DEFENdANTs And
(46). pAymeNT(s) shall be received withouT unnecessary
(47). delay

respectfully submitted
*Maurice Sinkfield*
ALL rights reserved:
UCC 1-201, UCC 1-308
Without PreJudice

affidavit of indigency

That I, Maurice J. Sinkfield currently do not have the fees needed to pay for the filings of this civil action.

Respectfully submitted

*Maurice Sinkfield*

ALL RIGHTS RESERVED:
UCC 1-207, UCC 1-308
without Prejudice

CERTIFICATE OF SERVICE

That I Maurice J. Sinkfield mailed this complaint to the United States district court Northern District of Ohio Clerk of Courts on April ___, 2016 by U.S. Mail.

[FILED 2016 APR 20 PM 12:01 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND]