UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |  |
|---|---|---|
| MAURICE J. SINKFIELD, | : | CASE NO. 1:16-CV-948 |
| Plaintiff, | : |  |
| vs. | : | ORDER |
| CUYAHOGA COUNTY SHERIFF'S DEPARTMENT, *et al.*, | : |  |
| Defendants. | : |  |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In an order dated July 8, 2016, the plaintiff was ordered either to pay the filing fee ($400) to proceed in this case, or to submit an application to proceed *in forma pauperis*. (*See* Doc. No. 4.) The order expressly notified the plaintiff that his case may be dismissed without further notice if he did not comply with the order within 30 days.

The plaintiff has not paid the filing fee or submitted an application to proceed *in forma pauperis*. Accordingly, this action is dismissed without prejudice for want of prosecution. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997); *May v. Pike Lake State Park*, 8 F. App's 507, 508 (6th Cir. 2001) (affirming dismissal of *pro se* action where plaintiff failed to comply with court's deficiency order). The Court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED

Dated: August 26, 2016              *s/ James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE